# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MAXINE ROSENKEIMER AS EXECUTRIX OF THE ESTATE OF ARTHUR W. ROSENKEIMER, III, | : | No. 123 WAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Petitioner | : | from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| A.O. SMITH CORPORATION, ET. AL., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.